In the Matter of CHARLES BERKMAN, an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Respondent.

Submitted October 20, 2008; decided November 25, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for a stay dismissed as academic.

---

MICHAEL CARDO, Appellant, v BOARD OF MANAGERS, JEFFERSON VILLAGE CONDO 3, Respondent.

Submitted October 20, 2008; decided November 25, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

CRAIG CRAWFORD, Respondent, v LIZ CLAIBORNE, INC., et al., Appellants.

Submitted October 20, 2008; decided November 25, 2008

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 11 NY3d 810 (2008)].